[No. 29321-4-I.   Division One.   September 21, 1992.]

DONALD ROSS, ET AL, *Respondents*, v. TY HANSEN,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-16120-0, John M. Darrah, J., entered June 14, 1991. *Vacated* and *remanded with instructions* by unpublished per curiam opinion.

[No. 29473-3-I.   Division One.   September 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
S. TRACEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-04177-8, Stephen M. Gaddis, J. Pro Tem., entered October 21, 1991. *Reversed* and *dismissed* by unpublished per curiam opinion.

[No. 28225-5-I.   Division One.   September 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL
A. LEENDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-8-00178-2, Kathryn E. Trumbull, J., entered March 28, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28129-1-I.   Division One.   September 21, 1992.]

*In the Matter of* JOHN YOUNG.

JOHN YOUNG, *Appellant*, v. THE STATE OF WASHINGTON,
*Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-8-00031-8, Frank A. Morrow, J. Pro Tem., entered March 12, 1991. *Dismissed* by unpublished per curiam opinion.